

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Eric J. Mapes,

No. 11-25-00190-CR

* Original Mandamus Proceeding

* July 25, 2025

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed in part and denied in part.   Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed in part for want of jurisdiction and denied in part. All pending motions in this proceeding are denied or otherwise overruled.